# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA

v.

**THOMAS ROBINSON**

(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number: **2:03CR00332-02**

C. Emmett Mahle
_____
Defendant's Attorney

**THE DEFENDANT:**

[✔]      admitted guilt to violation of charges 1, 2, and 3 as alleged in the violation petition filed on 12/08/2006.

✔]      admitted guilt to violation of charge 1 as alleged in the violation petition filed on 02/21/2007.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The court:  [✔] revokes supervision heretofore ordered on 12/04/2003 .

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

August 14, 2007
_____
Date of Imposition of Sentence

_____
Signature of Judicial Officer

**HON. D. LOWELL JENSEN**, United States District Judge
Name & Title of Judicial Officer

August 16, 2007
_____
Date

AO 245D-CAED (Rev. 3/04) Judgment in a Criminal Case for Revocation Sheet 1

CASE NUMBER:      2:03CR00332-02                                           Judgment - Page 2  of  3
DEFENDANT:        THOMAS ROBINSON

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Failure to Participate in a Residential Treatment Program, as Directed by the Probation Officer | 07/13/2006 |
| 2 | Failure to Participate in a Residential Treatment Program, as Directed by the Probation Officer | 11/27/2006 |
| 3 | Unauthorized Association with a Person Convicted of a Felony | 11/30/2007 |
| 1 (Petition filed 2/21/07) | Failure to Participate in a Residential Treatment Program, as Directed by the Probation Officer | 02/14/2007 |

CASE NUMBER:        2:03CR00332-02                                    Judgment - Page 3 of 3
DEFENDANT:          THOMAS ROBINSON

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 10 months.

[✔]    The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the defendant be incarcerated in a California facility, but only insofar as this accords with security classification and space availability.

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.
If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal